UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAYTLIN REED, *et al.*, | ) | Case No.: 1:17-CV-1218 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |

The court, having granted Defendant Navient Solutions, LLC's Motion to Enforce Arbitration Award (ECF No. 16) and denied Plaintiffs Kaytlin and Steven Reed's Motion to Lift Stay (ECF No. 14) in a separate Order on this same date, hereby enters judgment in favor of Defendant and against Plaintiff, as determined by the arbitrator, in the amount of $128,676.19.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 24, 2020